UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| FRANCISCO HERNANDEZ-GOMEZ | |
| DEBTOR(S) | : BANKRUPTCY NO. 26-12918-PMM |

NOTICE OF CHANGE FROM ASSET TO NO ASSET

TO THE CLERK:

Christine C. Shubert, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. The Trustee filed an adversary to collect a fraudulent conveyance. The Trustee has been able to find and serve the defendant and the debtor also does not have the address for her. Since I cannot find the defendant, the litigation has no value to the Bankruptcy estate. The action is being dismissed. Accordingly, this is to be changed to a no-asset case.

Dated: October 15, 2026

/s/ Christine C. Shubert, Esquire
Chapter 7 Trustee
821 Wesley Avenue
Ocean City, NJ 08226
(856) 983-7735